IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:12 mj 040

INFORMATION ASSOCIATED WITH
VERIZON CELLULAR PHONE NUMBER
(419) 250-3823

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

__7-1-16__
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE